IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY CORRAL,                                          1:10-cv-00699 MJS (HC)

      Petitioner,                                  ORDER GRANTING MOTION
                                 TO PROCEED IN FORMA PAUPERIS

    vs.                                              (DOCUMENT #2)

F. GONZALEZ, et al.,

      Respondent.
_____/

      Petitioner is a state  prisoner proceeding with a petition for writ of habeas corpus pursuant to

28 U.S.C. § 2254.

      Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's

prison trust account statement.   Examination of these documents reveals that petitioner is unable to

afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.

See 28 U.S.C. § 1915.

IT IS SO ORDERED.

**Dated:    April 27, 2010**                      _____/s/ Michael J. Seng_____
                                         UNITED STATES MAGISTRATE JUDGE